**Fill in this information to identify the case:**

Debtor 1 Jae Hyun Im

Debtor 2 (Spouse, if filing) ____

United States Bankruptcy Court for the: Eastern District of PA (State)

Case number 26-11394

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Citizens Bank N.A.

**Court claim no**. (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 0 2 7 9

**Date of payment change:** 10/07/26
Must be at least 21 days after date of this notice

**New total payment:** $ 713.22
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

- ☒ No
- ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____

**Current escrow payment:** $ ____ **New escrow payment:** $ ____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

- ☒ No
- ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____

**Current interest rate:** ____% **New interest rate:** ____%

**Current principal and interest payment:** $ ____ **New principal and interest payment:** $ ____

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

- ☐ No
- ☐ Yes.

**Current HELOC payment:** $____

**Reconciliation amount:** + $____ or - $____

Debtor 1 Jae Hyun Im
First Name Middle Name Last Name

Case number (*if known*) 26-11394

**Amount of next payment (including reconciliation amount)** $_______

**Amount of the new payment thereafter (without reconciliation amount)** $_______

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- ☐ No
- ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: Computation of monthly payment in accordance with the credit agreement.

**Current mortgage payment:** $ 737.00 **New mortgage payment:** $ 713.22

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /S/: Abby Rogan
Signature

Date 9/15/26

Print: Abby J Rogan
First Name Middle Name Last Name

Title Bankruptcy Specialist

Company Citizens Bank N.A.

Address One Citizens Bank Way
Number Street
Johnston RI 02919
City State ZIP Code

Contact phone (888) 492-1234

Email bankruptcy.ri@citizensbank.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing *Notice of Mortgage Payment Change* was served on the following parties via CM/ECF or first class U.S. mail postage prepaid, as follows:

MICHAEL A. CIBIK
Served via CM/ECF
help@cibiklaw.com

KENNETH E. WEST
Chapter 13 Trustee
Served via CM/ECF

Jae Hyun Im
602 Honey Run Rd
Ambler, PA 19002-3748

Debtor(s)

**Dated: September 15, 2026**

Abby Reyon
(BANKRUPTCY REP NAME AND SIGNATURE)

AMB3 BILL HISTORY - DETAIL PAGE 1 OF 1
CUR
CTL2 001 CTL3 000 CTL4 0000 ACCT [redacted]0279 IM JAE HYUN
DUE DATE 10/07/26 DEFN B99 PMT HOLIDAY CODE N PRINT BILL HISTORY RECORD N

BILL DATE 09/14/26 BEG DATE 09/07/26 CURRENT DUE 733.22
CURRENT PAYOFF 92,726.75

| FINANCIAL ID AND AMOUNT STATUS | | SCHEDULED AMOUNT | ACTUAL AMOUNT |
|---|---|---|---|
| INT 01 C | INTEREST | 713.22 | 713.22 |
| FAF 00 C | ANNUAL FEE | | |
| LTC 00 C | LATE CHARGE | 20.00 | 20.00 |
| PRI 01 C | PRINCIPAL | | |
| | TOTAL CURRENT DUE | 733.22 | 733.22 |
| INT 01 P | INTEREST | | 2,871.78 |
| LTC 00 P | LATE CHARGE | | 40.00 |
| | TOTAL PAST DUE | | 2,911.78 |
| | TOTAL DUE | 733.22 | 3,645.00 |

PF1-NEXT PF2-NEXT PAGE PF3-SUMMARY