**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Jae Hyun Im | CASE NO.: 26-11394-djb |
| Debtor(s). | |

**NOTICE OF ENTRY OF APPEARANCE**
**AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that NewRez LLC  ("Movant"), secured creditor to the above

entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to

Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002,

3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings

given of filed in the above-captioned case be given and served upon the undersigned at the

following addresses and telephone/facsimile numbers:

> Aleksandra Fugate
> Hill Wallack LLP
> 261 Madison Avenue, 9th Floor
> New York, NY 10016
> Phone: 929-295-7874
> Email: afugate@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor

any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive

NewRez LLC  (i) right to have final orders in non-core matters entered only after de novo review

by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case,

controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any

matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions,

defenses, setoffs, or recoupments to which NewRez LLC  is or may be entitled under

agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and

recoupments are expressly reserved.

Dated: April 20, 2026                                    Hill Wallack LLP


s/ Aleksandra Fugate
Aleksandra Fugate
Hill Wallack LLP
261 Madison Avenue, 9th Floor
New York, NY 10016
Phone: 929-295-7874
Email: afugate@hillwallack.com
Authorized agent for NewRez LLC

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

IN RE:                                                    CHAPTER 13

Jae Hyun Im                                               CASE NO.: 26-11394-djb

         Debtor(s).

**CERTIFICATE OF SERVICE**

        I hereby certify that service was made upon all interested parties, indicated below of (i)
Notice of Appearance for NewRez LLC in the manner indicated below on April 20, 2026:

Jae Hyun Im                              Michael A. Cibik
602 Honey Run Rd                         Cibik Law, P.C.
Ambler, PA 19002                         1500 Walnut Street
**DEBTOR - VIA REGULAR MAIL**            Suite 900
                                         Philadelphia, PA 19102
                                         **COUNSEL FOR DEBTOR -VIA ECF**

Office of United States Trustee          Kenneth E. West
Robert N.C. Nix Federal Building         Office of the Chapter 13 Standing Trustee
900 Market Street                        190 N. Independence Mall West
Suite 320                                Suite 701
Philadelphia, PA 19107                   Philadelphia, PA 19106
**UNITED STATES TRUSTEE - VIA ECF**      **TRUSTEE - VIA ECF**

                                         /s/ Latesha Burgess
                                         Latesha Burgess