**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jae Hyun Im, | Case No. 26-11394-DJB |
| | Chapter 13 |
| *Debtor*. | |

**CERTIFICATION OF SERVICE**

I, Michael A. Cibik, certify that on May 5, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 5, 2026

*/s/ Michael A. Cibik*

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service - First Class Mail

**Ally Financial, Inc.**
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Aqua Pennsylvania**
Attn: Bankruptcy
762 W Lancaster Ave
Bryn Mawr, PA 19010-3402

**Bank of America**
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

**Barclays**
Attn: Bankruptcy
PO Box 8801
Wilmington, DE 19899-8801

**Barclays Bank Delaware**
Attn: Bankruptcy
125 S West St
Wilmington, DE 19801-5014

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Chase Card Services**
Po Box 15298
Wilmington, DE 19850-5298

**Citibank/Goodyear**
Citicorp Cr Srvs/Centralized
Bankruptcy PO Box 790046
St Louis, MO 63179-0040

**Credit One Bank**
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

**Hyundai Motor Finance**
Attn: Bankruptcy
P.O. Box 20829
Fountain Valley, CA 92728

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Macy's/ DSNB**
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

**Merk Funding, Inc.**
3611 14th Ave
Brooklyn, NY 11218-3773

**NewRez LLC**
c/o Aleksandra Fugate
Hill Wallack LLP
261 Madison Avenue, 9th Floor
New York, NY 10016

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Small Business Admin.**
Attn: Bankruptcy
P.O. Box 156059
Fort Worth, TX

**Synchrony Bank/Sams**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**The Bank of Princeton**
183 Bayard Ln
Princeton, NJ 08540

**Us Bk Cacs**
Attn: Bankruptcy
PO Box 5229
Cincinatti, OH 45201-5229

## Method of Service - Certified Mail

**Ally Financial, Inc.**
Attn: Michael G. Rhodes, CEO
Ally Detroit Center
500 Woodward Ave, Floor 10
Detroit, Michigan, 48226