UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

    Jae Hyun Im

Chapter 13
Case No. 26-11394-DJB

    Debtor

_____

### NOTICE OF APPEARANCE

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor,

Ally Capital, in the entitled action. You are requested to serve a copy of each notice of any proceeding,

hearing and/or report in this matter, including, but not limited to notices required by pursuant to

Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the

undersigned at the address indicated below.

Date: <u>May 26, 2026</u>

    Respectfully Submitted,

    */s/ Elizabeth A. Trachtman*
    Elizabeth A. Trachtman, Esq. PA 333427
    Michele M. Bradford, Esq. PA 69849
    Orlans Law Group PLLC
    Attorney for Ally Capital
    200 Eagle Road, Bldg 2, Suite 120
    Wayne, PA 19087
    (484) 367-4191
    Email: etrachtman@orlans.com
    mbradford@orlans.com
    File Number: 26-005070