UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:

    Jae Hyun Im

    Debtor

Chapter 13
Case No. 26-11394-DJB

---

## CERTIFICATE OF SERVICE

    I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on May 26, 2026, I caused to be served a copy of Notice of Appearance on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: <u>May 26, 2026</u>

Respectfully Submitted,

<u>/s/ Elizabeth A. Trachtman</u>
Elizabeth A. Trachtman, Esq. PA 333427
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Ally Capital
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
mbradford@orlans.com
File Number: 26-005070

<u>VIA US MAIL</u>

Jae Hyun Im, Debtor
602 Honey Run Rd
Ambler, PA 19002

<u>VIA ECF</u>

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 12 Trustee