UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

JAE HYUN IM

      Debtor

|  |  |
|---|---|
| | Chapter 13<br>Case No. 26-11394-DJB |

ALLY CAPITAL

      Movant

v.

JAE HYUN IM
      (Debtor)

YOUNG EE IM
      (Co-Debtor)

KENNETH E. WEST
      (Trustee)

      Respondents

Doc. No.  14

Hearing Date: August 06, 2026 @ 09:30am

## **ALLY CAPITAL'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN**

NOW COMES Creditor, Ally Capital, by and through its attorneys, Orlans Law Group PLLC, and hereby Objects to Confirmation as follows:

1. On April 2, 2026, the Debtor(s) filed a voluntary petition seeking relief under Chapter 13 of the United States Bankruptcy Code.

2. On the Petition Date, the Debtor(s) were in possession of a 2018 Jeep Grand Cherokee VIN No. 1C4RJFDJ1JC191521 (the "Vehicle") and indebted to Ally Capital (the "Creditor") in the amount of $51,968.80 (plus fees, costs, and interest) for this Vehicle.

3. The Vehicle was purchased on a Retail Installment Sale Contract (the "Contract").

4. On April 30, 2026, the Debtor(s) filed a Chapter 13 plan (the "Plan").

5.  The Plan as proposed cannot be confirmed for the following reasons:

a) The Creditor is not adequately protected pursuant to 11 U.S.C. § 1326 as the Debtor has failed to demonstrate the Vehicle is insured pursuant to 11 U.S.C. § 1326(a)(4).

b) The plan fails to provide treatment of the pre-petition arrears in the amount of $4,121.51 owed to Creditor.

c) The Plan fails to pay the present value of the Vehicle as required by 11 U.S.C. § 1325(a)(5)(B)(ii) because:

    i.  The Plan states an inadequate value for the Vehicle.  The approximate value of the Vehicle is $35,400.00 based on JD Power Used Car Guide's estimated value of the Vehicle. Creditor is seeking payment of the full Vehicle value.

*Remainder of page intentionally left blank*

WHEREFORE, Ally Capital, by and through its attorneys, objects to confirmation of the Debtor's proposed Chapter 13 Plan and prays that Confirmation be denied and the case be dismissed, or, in the alternative, that this Chapter 13 case be converted to a Chapter 7 case pursuant to 11 USC §1307(c).

Date: <u>May 26, 2026</u>

*/s/ Elizabeth A. Trachtman*
Elizabeth A. Trachtman, 333427
Michele M. Bradford, 69849
Orlans Law Group PLLC
Attorneys for Ally Capital
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
mbradford@orlans.com
File Number: 26-005070