UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

IN RE:

JAE HYUN IM

   Debtor

ALLY CAPITAL

   Movant

v.

JAE HYUN IM
  (Debtor)

YOUNG EE IM
  (Co-Debtor)

KENNETH E. WEST
  (Trustee)

   Respondents

Chapter 13
Case No. 26-11394-DJB

## **ORDER**

  AND NOW, this _____ day of _____ 20__, upon consideration of the Debtor's Chapter 13 Plan, and the Objection of Ally Capital to Debtor's Chapter 13 Plan, and after hearing, it is hereby

  ORDERED that the confirmation of Debtor's Chapter 13 Plan is DENIED.

       BY THE COURT:

       _____
       Honorable Derek J Baker
       United States Bankruptcy Judge