UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>JAE HYUN IM<br><br>　　　　Debtor | Chapter 13<br>Case No. 26-11394-DJB |
| ALLY CAPITAL<br><br>　　　　Movant<br><br>v.<br><br>JAE HYUN IM<br>　　　(Debtor)<br><br>YOUNG EE IM<br>　　　(Co-Debtor)<br><br>KENNETH E. WEST<br>　　　(Trustee)<br><br>　　　Respondents | Doc. No.  14<br><br>Hearing Date: August 06, 2026 @ 09:30 AM |

## **CERTIFICATE OF SERVICE**

　　　I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on May 26, 2026, I caused to be served a copy of Objection to Confirmation on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: <u>May 26, 2026</u>

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　*/s/ Elizabeth A. Trachtman*
　　　　　　　　　　　　　　　　Elizabeth A. Trachtman, Esq. PA 333427
　　　　　　　　　　　　　　　　Michele M. Bradford, Esq. PA 69849
　　　　　　　　　　　　　　　　Orlans Law Group PLLC
　　　　　　　　　　　　　　　　Attorney for Ally Capital
　　　　　　　　　　　　　　　　200 Eagle Road, Bldg 2, Suite 120
　　　　　　　　　　　　　　　　Wayne, PA 19087
　　　　　　　　　　　　　　　　(484) 367-4191
　　　　　　　　　　　　　　　　Email: etrachtman@orlans.com

mbradford@orlans.com
File Number: 26-005070

VIA US MAIL

Jae Hyun Im, Debtor
602 Honey Run Rd
Ambler, PA 19002

VIA ECF

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee