# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
## Philadelphia Division

| | |
|---|---|
| Jae Hyun Im, <br><br> *Debtor.* | Chapter 13 <br> Case No: 26-11394-DJB |

### Certificate of Service

I, Michael A. Cibik, certify that on May 27, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: May 27, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Ally Capital**
c/o Elizabeth Trachtman
Orlans Law Group, PLLC
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087

**Method of Service: First Class Mail**

**Citizens Bank N.A.**
One Citizens Bank Way
Johnston, RI 02919

**NewRez, LLC**
c/o Aleksandra Fugate
Hill Wallack LLP
261 Madison Avenue, 9th Floor
New York, NY 10016