**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Philadelphia)**

| | |
|---|---|
| IN RE:<br><br>Jae Hyun Im,<br>          Debtor.<br><br>NewRez LLC<br>          Creditor/Movant.<br><br>v.<br><br>Kenneth E. West<br><br>          Respondent. | CHAPTER 13<br><br>CASE NO.: 26-11394-djb<br><br>HEARING: August 6, 2026 at 9:30 AM |

**<u>OBJECTION OF NEWREZ LLC TO THE CONFIRMATION OF THE DEBTOR'S
CHAPTER 13 PLAN</u>**

Movant, NewRez LLC ("Secured Creditor"), by and through its attorneys Hill Wallack LLP, hereby objects to the confirmation of the Debtor's filed Chapter 13 Plan ("Plan") as follows:

1.      NewRez LLC is the holder of a Note and Mortgage on real property owned by Jae Hyun Im ("Debtor") at 602 Honey Run Road, Ambler, Pennsylvania 19002 (the "Property").

2.      As of April 2, 2026, the date that the instant bankruptcy was filed, the arrearage amount was approximately $3,246.44, which will be further evidenced on the Proof of Claim filed prior to the Bar Date of June 11, 2026.

3.      Debtor states in their Chapter 13 Plan (the "Plan") that the pre-Petition arrears owed to Secured Creditor are $1,987.00, a discrepancy of $1,259.44.

4.      Accordingly, the Debtor's Chapter 13 Plan is not confirmable as proposed because it fails to provide for repayment of the arrearages due to Secured Creditor pursuant to 11 U.S.C. §1325(a)(5)(B).

For the foregoing reasons, Secured Creditor respectfully suggests that the Debtor cannot confirm their Chapter 13 Plan as proposed, and Confirmation should be denied.

Respectfully submitted,

/s/Aleksandra K. Fugate

Aleksandra K. Fugate, Esq.
Hill Wallack LLP
261 Madison Ave, 9th Floor, Suite 940
New York, NY 10016
Phone: 929-295-7874
Email: afugate@hillwallack.com

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (Philadelphia)

| | |
|---|---|
| IN RE:<br><br>Jae Hyun Im,<br>　　　　　Debtor.<br><br>NewRez LLC<br>　　　　　Creditor/Movant.<br>v.<br><br>Kenneth E. West<br>　　　　　Respondent. | CHAPTER 13<br><br>CASE NO.: 26-11394-djb<br><br>HEARING: August 6, 2026 at 9:30 AM |

**ORDER**

**AND NOW,** this 2nd day of June, 2026, upon consideration of the Debtor's Chapter 13 Plan, and the objection of NewRez LLC, and after hearing, it is hereby: **ORDERED** that confirmation of the Debtor's Chapter 13 Plan is denied.

**BY THE COURT:**

_____

**Derek J Baker**
**U.S. BANKRUPTCY JUDGE**

Jae Hyun Im
602 Honey Run Rd
Ambler, PA 19002-3748
**Debtor**
**VIA REGULAR MAIL**

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
**Counsel to Debtor**
**VIA ECF**

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
**Chapter 13 Trustee**
**VIA ECF**

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
**VIA ECF**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | |
|---|---|
| IN RE:<br><br>Jae Hyun Im,<br>　　　　　Debtor.<br><br>NewRez LLC<br>　　　　　Creditor/Movant.<br>v.<br><br>Kenneth E. West<br>　　　　　Respondent. | CHAPTER 13<br><br>CASE NO.: 26-11394-djb<br><br>HEARING: August 6, 2026 at 9:30 AM |

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION**
**OF THE DEBTOR'S FILED CHAPTER 13 PLAN**

　　　　I certify under penalty of perjury that I served or caused to be served the above-captioned pleading, Objection to Confirmation of the Debtor's Chapter 13 Plan, on the parties below via First-Class Mail and Electronic Notification on June 2, 2026.

Jae Hyun Im
602 Honey Run Rd
Ambler, PA 19002-3748
**Debtor**
**VIA REGULAR MAIL**

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
**Counsel to Debtor**
**VIA ECF**

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
**Chapter 13 Trustee**
**VIA ECF**

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
**VIA ECF**

　　　　Respectfully submitted,

　　　　/s/ Tolga Beyaz