UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>JAE HYUN IM<br><br>Debtor | Chapter 13<br>Case No. 26-11394-DJB |
| ALLY CAPITAL<br>Movant<br><br>v.<br><br>JAE HYUN IM<br>(Debtor)<br><br>YOUNG EE IM<br>(Co-Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br>Respondents | |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE CLERK:

Please mark the Objection to Confirmation, filed on May 26, 2026 as Doc. #20, as withdrawn without prejudice.

Date: August 17, 2026

Respectfully Submitted,

*/s/ Elizabeth A. Trachtman*

Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Ally Capital
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com
mbradford@orlans.com
File Number: 26-005070