UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>JAE HYUN IM<br><br>Debtor | Chapter 13<br>Case No. 26-11394-DJB |
| ALLY CAPITAL<br>Movant<br><br>v.<br><br>JAE HYUN IM<br>(Debtor)<br><br>YOUNG EE IM<br>(Co-Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br>Respondents | |

**CERTIFICATE OF SERVICE**

I, Elizabeth A. Trachtman, Attorney of Orlans Law Group PLLC, do hereby certify that on August 17, 2026, I caused to be served a copy of Praecipe to Withdraw Objection to Confirmation on the service list below by first class mail, postage prepaid or other method specified on the list.

Date: August 17, 2026

Respectfully Submitted,

*/s/ Elizabeth A. Trachtman*

Elizabeth A. Trachtman, Esq. PA 333427
Garrett M. Wilson, Esq. PA 338633
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Ally Capital
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: etrachtman@orlans.com
gwilson@orlans.com

mbradford@orlans.com
File Number: 26-005070

VIA US MAIL

Jae Hyun Im, Debtor
602 Honey Run Rd
Ambler, PA 19002

VIA ECF

Michael A. Cibik, Esq. on behalf of Debtor

Kenneth E. West Esq., Chapter 13 Trustee