**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br><br>Jae Hyun Im,<br><br>Debtor. | CHAPTER 13<br><br>CASE NO.: 26-11394-djb<br><br>RELATED DOCUMENT:23 |

## PRAECIPE TO WITHDRAW OBJECTION TO PLAN

An Objection to Debtor's Chapter 13 Plan was filed in this action by NewRez LLC ("Movant"), by and through its counsel, Hill Wallack, LLP.,

**PLEASE TAKE NOTICE** that the Movant hereby voluntarily withdraws its Objection to Debtor's Chapter 13 Plan.

**HILL WALLACK, LLP**

/s/Aleksandra K. Fugate
Aleksandra K. Fugate, Esq.
Hill Wallack LLP
261 Madison Ave, 9th Floor, Suite 940
New York, NY 10016
Phone: 929-295-7874
Email: afugate@hillwallack.com

Dated: August 19, 2026

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br><br>Jae Hyun Im,<br><br>Debtor. | CHAPTER 13<br><br>CASE NO.: 26-11394-djb |

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served or caused to be served the above-captioned pleading, Praecipe to Withdraw Objection to plan, on the parties below via First-Class Mail and Electronic Notification on **August 19, 2026**.

Jae Hyun Im
602 Honey Run Rd
Ambler, PA 19002-3748
**Debtor**
**VIA REGULAR MAIL**

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
**Counsel to Debtor**
**VIA ECF**

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
**Chapter 13 Trustee**
**VIA ECF**

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
**VIA ECF**

Respectfully submitted,

/s/ Tolga Beyaz
Tolga Beyaz