United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-11394-djb

Jae Hyun Im Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3

Date Rcvd: Aug 20, 2026 Form ID: 155 Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jae Hyun Im, 602 Honey Run Rd, Ambler, PA 19002-3748 |
| 15147386 | + | Ally Capital, c/o Orlans Law Group PLLC, 200 Eagle Road, Bldg 2, Suite 120, Wayne, PA 19087-3115 |
| 15141143 | | Ally Capital c/o AIS Portfolio Services, LLC, Payment Processing Center, PO Box 660618, Dallas TX 75266-0618 |
| 15139183 | + | CFG MERCHANT SOLUTIONS, C/O Zachter PLLC, 2 University Plaza, Suite 205, Suit 205, Hackensack, NJ 07601-6211 |
| 15124023 | | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15124024 | | Citizens Bank NA, Attn: Bankruptcy One Citizens Plaza, Providence, RI 02903 |
| 15148641 | + | Merk Funding, Inc., c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 15124030 | | Merk Funding, Inc., 3611 14th Ave, Brooklyn, NY 11218-3773 |
| 15131799 | + | NewRez LLC, c/o Aleksandra Fugate, 261 Madison Avenue, 9th Floor, New York, NY 10016-2311 |
| 15151733 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 12917, Norfolk, VA 23541 |
| 15124036 | + | The Bank of Princeton, 183 Bayard Ln, Princeton, NJ 08540-3044 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15124326 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 02:15:17 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15140907 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 21 2026 02:15:11 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15124016 | | Email/Text: ally@ebn.phinsolutions.com | Aug 21 2026 02:15:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15145117 | | Email/PDF: bncnotices@becket-lee.com | Aug 21 2026 02:15:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15124017 | ^ | MEBN | Aug 21 2026 02:10:01 | Aqua Pennsylvania, Attn: Bankruptcy, 762 W Lancaster Ave, Bryn Mawr, PA 19010-3489 |
| 15152120 | | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Aug 21 2026 02:15:00 | Bank of America, N.A., PO Box 15102, Wilmington DE 19886-5102 |
| 15124018 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 21 2026 02:15:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15151691 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 21 2026 02:15:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15124019 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 21 2026 02:15:00 | Barclays, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 15124020 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 21 2026 02:15:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15126103 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 21 2026 02:15:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 15124021 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 21 2026 02:15:11 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15124022 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2026 02:15:16 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15149872 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2026 02:15:06 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15124025 | ^ | MEBN | Aug 21 2026 02:10:23 | Citizensbk, 6 Corporate Drive, Shelton, CT 06484-6270 |
| 15124026 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2026 02:15:12 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15124029 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 21 2026 02:15:06 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 15153338 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 21 2026 02:16:00 | Hyundai Capital America DBA Hyundai Motor Finance, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 15124027 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 21 2026 02:16:00 | Hyundai Motor Finance, Attn: Bankruptcy, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| 15124028 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2026 02:15:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15146672 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2026 02:16:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15137051 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 21 2026 02:15:16 | JPMorgan Chase Bank, N.A., P.O. Box 15368, Wilmington DE 19850-5368 |
| 15136833 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 21 2026 02:15:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15150831 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2026 02:15:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15151231 | | Email/Text: mtgbk@shellpointmtg.com | Aug 21 2026 02:15:00 | NewRez LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15124031 | | Email/Text: mtgbk@shellpointmtg.com | Aug 21 2026 02:15:00 | Newrez, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 15124032 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 21 2026 02:15:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15151516 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 21 2026 02:15:12 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15124033 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2026 02:16:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15124035 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 21 2026 02:15:10 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15127213 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 21 2026 02:15:12 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15143444 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 21 2026 02:16:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15144769 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 21 2026 02:16:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15124037 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |

| | | |
|---|---|---|
| | Aug 21 2026 02:16:00 | Us Bk Cacs, Attn: Bankruptcy, PO Box 5229, Cincinatti, OH 45201-5229 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15124034 | | Small Business Admin., Attn: Bankruptcy, P.O. Box 156059, Fort Worth, TX |
| 15151667 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Trachtman | on behalf of Creditor Ally Capital 200 Eagle Road Bldg 2, Suite 120 Wayne, PA 19087 ANHSOrlans@InfoEx.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jae Hyun Im help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Jae Hyun Im

Debtor(s).

Case No. 26−11394−djb

Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 20, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court